```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION


TRINITY PACKAGING, LLC,          )
                                 )
              Plaintiff,         )
                                 )
       v.                        )    No.  4:12CV1845 FRB
                                 )
TRINITY PACKAGING CORPORATION,   )
                                 )
              Defendant.         )
```

## ORDER

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Dismissal (Doc. #10) is **GRANTED**.

**IT IS FURTHER ORDERED** that this cause is hereby dismissed with prejudice.

_/s/ Frederick R. Buckles_
UNITED STATES MAGISTRATE JUDGE


Dated this __12th__ day of March, 2013.